IN THE UNITED STATES DISTRICT COURT
FOR THE CENTAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. 95-30078 |
| ) | |
| LYNARD JOINER, ) | |
| ) | |
| Defendant. ) | |

ORDER

RICHARD MILLS, U.S. District Judge:

The Court previously denied the Defendant's motion under 18 U.S.C. § 3582(c)(2) to reduce his sentence. Pending before the Court are several motions.

After reviewing the record, including the "Offense Conduct" portion of the Presentence Investigation Report, the Court previously determined that Defendant Lynard Joiner was responsible for well in excess of 4.5 kilograms of cocaine base. Under both the old and the Amended Drug Quantity Table, the Base Offense Level is 38. Because the Defendant is not entitled to a reduction pursuant to the retroactive amendment, the Court

denied his motion under section 3582(c)(2).

The Court construes the Defendant's motion for excusable neglect under Fed. R. Civ. P. 60(b) [d/e 355] as a motion to extend the time for filing an appeal under Rule 4(b)(4) of the Federal Rules of Appellate Procedure. That motion is DENIED. His motions for the appointment of counsel [d/e 354 & 360] will also be DENIED.

Ergo, the Defendant's motion to extend the time in which to file an appeal under Rule 4(b)(4) [d/e 355] is DENIED. The Defendant's motions for the appointment of counsel [d/e 354 & 360] are DENIED. The Defendant's motion under 18 U.S.C. § 3582(c)(2) for a reduction of his sentence [d/e 361] is DENIED.

ENTER: December 16, 2008

        FOR THE COURT:

                s/Richard Mills
                United States District Judge